Same case below, 998 A.2d 866.

**No. 10-7263. David Brandford, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 681, 178 L. Ed. 2d 506, 2010 U.S. LEXIS 9239.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 389 Fed. Appx. 310.

**No. 10-7265. Jose A. Ramos-Romero, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 681, 178 L. Ed. 2d 506, 2010 U.S. LEXIS 9092.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-7276. Alfredo Cisneros-Gutierrez, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 681, 178 L. Ed. 2d 506, 2010 U.S. LEXIS 9114.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 598 F.3d 997.

**No. 10-7277. Eric Wayne Callihan, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 681, 178 L. Ed. 2d 506, 2010 U.S. LEXIS 9045.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 389 Fed. Appx. 290.

**No. 10-7278. David M. Larsen, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 681, 178 L. Ed. 2d 506, 2010 U.S. LEXIS 9205.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 615 F.3d 780.

**No. 10-7281. Amin A. Rashid, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 682, 178 L. Ed. 2d 506, 2010 U.S. LEXIS 9153.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-7289. Larry Sellers, Petitioner v. United States.**

562 U.S. 1077, 131 S. Ct. 682, 178 L. Ed. 2d 506, 2010 U.S. LEXIS 9429.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 383 Fed. Appx. 251.